# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James B. Gallagher <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 11-23735 GLT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, and index same on the master mailing list.

Re: Loan # Ending In: 8017

                                              Respectfully submitted,

                                              **/s/ Joshua I. Goldman, Esquire**
                                              Joshua I. Goldman, Esquire
                                              jgoldman@kmllawgroup.com
                                              Attorney I.D. No. 205047
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106
                                              Phone: 215-825-6306
                                              Fax: 215-825-6406
                                              Attorney for Movant/Applicant