IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/18/16 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   JAMES B. GALLAGHER

        Debtor(s)

   Ronda J. Winnecour
        Movant
        vs.
   No Repondents.

Case No.:11-23735

Chapter 13

Related to Dkt. No. 82

## ORDER OF COURT

AND NOW, this __18th__ day of __October__, 20__16__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by: _Ronda J. Winnecour, Esq._

DEFAULT ENTRY

Dated: October 18, 2016

_____
Gregory L. Taddonio   jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 11-23735-GLT
James B. Gallagher                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2                  Date Rcvd: Oct 18, 2016
                              Form ID: pdf900         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
```
db           +James B. Gallagher,    2008 Meadow Ridge Drive,    Washington, PA 15301-8970
13093037     +Bank of America,    100 North Tyron Street,    Charlotte, NC 28255-0001
13178918     +Bank of America, N.A. s/b/m/t BAC Home Loans Servi,     7105 Corporate Drive,    PTX-B-209,
               Plano, Texas 75024-4100
13093038      Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
13093039     +Citi Card,    PO Box 6077,    Sioux Falls, SD 57117-6077
13127237    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,     P O Box 6275,
               Dearborn, MI  48121)
13093040      Ford Motor Credit,    PO Box 220564,    Pittsburgh, PA 15257-2564
13093041      Grenan & Birsic, P.C.,    One Gateway Center, Ninth Floor,    Pittsburgh, PA 15222
14054161    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC.,     PO Box 619096,    Dallas, TX 75261-9741)
13097937     +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
13465083     +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13093042     +PNC Bank Record Services,    500 First Avenue,    p7-PFSC-02-F,    Pittsburgh, PA 15219-3128
13097416      PNC Bank, N.A.,    successor to National City Bank,    Weltman, Weinberg & Reis, Co. L.P.A.,
               1400 Koppers Building, 436 7th Avenue,    Pittsburgh, PA 15219
13651837     +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13093045     +PNC Mortgage,    3232 Newark Drive,    Miamisburg, OH 45342-5433
14165852     +S&T Bank,    355 North 5th Street,    Indiana, PA 15701-1940
13093046     +S&T Bank,    800 Philadelphia Street,    Indiana, PA 15701-3908
13199014     +S&T Bank,    456 Main Street, P O Box D,    Brockway, PA 15824-0504
13093049     +Weltman Weinberg & Reis Co., L.P.A.,    1400 Koppers Bldg,    436 Seventh Avenue,
               Pittsburgh, PA 15219-1842
13179528      eCAST Settlement Corporation, assignee,     of Citibank (South Dakota), N.A.,    POB 29262,
               New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13161070     +E-mail/Text: bncmail@w-legal.com Oct 19 2016 02:03:24      CANDICA, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121 SEATTLE, WA 98121-3132
                                                                                               TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bank Of America, N.A.
cr            PNC Bank, National Association
cr*         ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC.,     PO Box 619096,
               Dallas, TX  75261-9741)
13093043*    +PNC Bank Record Services,    500 First Avenue,    p7-PFSC-02-F,    Pittsburgh, PA 15219-3128
13093044*    +PNC Bank Record Services,    500 First Avenue,    p7-PFSC-02-F,    Pittsburgh, PA 15219-3128
13093047*    +S&T Bank,    800 Philadelphia Street,    Indiana, PA 15701-3908
13093048*    +S&T Bank,    800 Philadelphia Street,    Indiana, PA 15701-3908
                                                                                TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
Case 11-23735-GLT    Doc 95    Filed 10/20/16    Entered 10/21/16 00:58:39    Desc Imaged
                               Certificate of Notice    Page 3 of 3
```

```
District/off: 0315-2        User: gamr              Page 2 of 2              Date Rcvd: Oct 18, 2016
                            Form ID: pdf900         Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2016 at the address(es) listed below:

              Celine P. DerKrikorian    on behalf of Creditor    Nationstar Mortgage, LLC. ecfmail@mwc-law.com
              Christopher M. Frye    on behalf of Debtor James B. Gallagher chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    PNC Bank, National Association kebeck@weltman.com,
               jbluemle@weltman.com
              Margaret Gairo    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott A. Dietterick    on behalf of Creditor    Bank Of America, N.A. sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
              Sherri J. Braunstein    on behalf of Creditor    PNC Bank, National Association
               sbraunstein@udren.com,    vbarber@udren.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 10